[No. 3,967.]

JOHN THOMPSON v. ARTHUR THORNTON, AND ISAAC STANLEY.

NEW TRIAL ON GROUND OF IRREGULARITY.—If a new trial is granted on the ground of irregularity in the presence of the Court, the Supreme Court will not, on appeal from the order granting it, review the question of fact, as to whether the Court was mistaken about the alleged irregularity.

GRANTING NEW TRIAL.—If a new trial is granted on the ground of the insufficiency of the evidence to justify the verdict, the appellate Court will not disturb the order if there is a conflict in the evidence.

APPEAL from the District Court of the Fifth Judicial District, County of San Joaquin.

The defendants had judgment in an action of ejectment; the Court granted the plaintiff a new trial and the defendant appealed from the order granting it.

*George W. Tyler*, for Appellants.

*D. S. Terry*, for Respondent.

By the COURT:

The Court below having directed a new trial, partly by reason of an alleged irregularity occurring at the trial and in its own presence, we cannot be expected to determine here that it was mistaken in the point of fact involved.

Another ground upon which the motion was granted was the insufficiency of the evidence to justify the verdict. An examination of the records fails to disclose to us that this action of the Court is without support in the record; and, we have often held that the determination of the Court in that respect would not be disturbed here under such circumstances.

Order affirmed.